UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

United States of America

vs                                                                  **5:07-cr-307 (FJS)**

David Randall
_____

## ORDER CORRECTING THE RECORD

On August 26, 2008 the defendant, David Randall, was sentenced by this Court to serve a term of imprisonment of 180 months on count one and 180 months on count two, to be served concurrently, finding that the sentence, while may be more than necessary, is required by law.

The statutory minimum term of imprisonment for count two is 120 months. As it was the Court's intent to impose the minimum sentence required by law, the record shall be corrected to reflect that the defendant is sentenced to a term of imprisonment of 120 months on count two to be served concurrently with 180 months on count one. **The total term of imprisonment remains the same.** Therefore, it is hereby

**ORDERED** that the record is corrected to reflect that the defendant is sentenced to 120 months imprisonment on count two, to be served concurrently with 180 months on count one and further it is

**ORDERED** that a copy of the this order be attached to the transcript of proceedings held on August 26, 2008**,** and further it is

**ORDERED** that as the criminal judgment of conviction accurately states the term of

imprisonment, it shall remain in effect.

**IT IS SO ORDERED.**
**September 8, 2008**

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge